CROSBY *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

SIMMONS, C. J. This court will not interfere with the discretion of a judge of the superior court in sustaining a certiorari and ordering a new trial, when his judgment is based on the ground that there was a preponderance of evidence against the verdict in the justice's court, and is sustained by the record.

*Judgment affirmed. All the Justices concurring.*

Argued June 9, — Decided July 24, 1898.

Certiorari. Before Judge Falligant. Chatham superior court. December term, 1897.

*J. G. & D. H. Clark,* for plaintiff.
*Lawton & Cunningham,* for defendant.

---

MAYOR AND ALDERMEN OF SAVANNAH *v.* GRAYSON *et al.*

SIMMONS, C. J. The law of this case having been settled adversely to the defendants in error when it was here before on a fast writ of error between the same parties, the judgment is reversed; and the present writ of error being, for the reason stated, unnecessary, direction is given that judgment be entered against the plaintiff in error for the costs.

*Judgment reversed, with direction. All the Justices concurring.*

Argued June 9, — Decided July 23, 1898.

Petition for prohibition. Before Judge Falligant. Chatham superior court. December term, 1897.

*Samuel B. Adams,* for plaintiff in error.

---

ALGER *v.* TURNER.

LUMPKIN, P. J. This case is in all material respects similar to that of *Alger* v. *Turner,* this day decided (ante, 178), and is controlled by the decision therein rendered.

*Judgment reversed. All the Justices concurring.*

Argued June 15, — Decided July 23, 1898.

Action for damages. Before Judge Kimsey. White superior court. October term, 1897.

*J. L. Oakes* and *H. H. Perry,* for plaintiff in error.
*Boyd & Lilly* and *G. S. Kytle,* contra.